United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YOANDY VIDUARRETA FIGUEIRAS<br>"Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00345 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, *et al.*,<br>"Respondents." | § | |

# <u>ORDER</u>

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and the Government's "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 5) ("MSJ"). The Government notifies the Court that Petitioner has been released from immigration custody after he was granted adjustment of status by an immigration judge. Dkt. No. 11 at 1. For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte, and the Government's MSJ (Dkt. No. 5) is **DENIED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's release from detention renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Government's MSJ (Dkt. No. 5) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 22, 2026

Rolando Olvera
United States District Judge